AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MELVILLE K. TURNER,
ET AL

V.

UNITED STATES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00397

JUDGE: Paul L. Friedman

DECK TYPE: Pro se General Civil

DATE STAMP: 03/3/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~[redacted]~~ PRO SE (name and address)

Melville K. Turner
Letitia Turner
958 Kapahulu Ave
#235
Honolulu, Hi. 96816

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**
APR - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON        MAR - 3 2006
CLERK                             DATE

_M. Higgins_
(By) DEPUTY CLERK



Home | Hel_

## Track & Confirm

### Track & Confirm

### Search Results

Label/Receipt Number: **7005 1160 0002 5094 5375**
Status: **Delivered**

Your item was delivered at 4:50 am on March 21, 2006 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS                                    National & Premier Account
Preserving the Trust                                 Terms of Use  Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales,
United States Attorney General
Civil Process Clerk,
950 Pennsylvania Avenue,
Washington, District of Columbia, 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                                ☒ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   MAR 21 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)     7005 1160 0002 5094 5368

PS Form 3811, February 2004     Domestic Return Receipt           102595-02-M-1540

RETURN OF SERVICE

Service was made by   U.S. Postal Service   Date   March 21, 2006
                      Name of server

This summons was served on the United States by serving:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # 7005 1160 0002 5094 5368,

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ 4.64.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_Melville K Turner_                    March 28, 2006
Melville K Turner                      Date