AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Melville K. Turner, et al

V.

United States

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00397

JUDGE: Paul L. Friedman

DECK TYPE: Pro se General Civil

DATE STAMP: 03/3/2006

**TO:** (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

Melville K. Turner
Letitia Turner
258 Kapahulu Ave.
#238
Honolulu, HI 96816

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**
APR - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON
CLERK

MAR - 3 2006
DATE

(By) DEPUTY CLERK



# Track & Confirm

## Search Results

Label/Receipt Number: 7005 1160 0002 5094 5368
Status: **Delivered**

Your item was delivered at 4:50 am on March 21, 2006 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

### Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Track & Confirm**
Enter Label/Receipt Number.

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Account
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

nneth L. Wainstein,
ited States Attorney,
strict of Columbia, Civil Process Clerk
5 4th Street N.W.
ashington, District of Columbia 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                  MAR 2 1 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)     7005 1160 0002 5094 5375

Form 3811, February 2004    Domestic Return Receipt                102595-02-M-1540

RETURN OF SERVICE

Service was made by <u>U.S. Postal Service</u> Date <u>March 21, 2006</u>
Name of server

This summons was served on the United States by serving:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # <u>7005 1160 0002 5094 5375</u>

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ <u>4.64</u>

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

<u>Melville K. Turner</u>      <u>March 28, 2006</u>
Melville K Turner      Date