IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELVILLE K. TURNER,            )
LETITIA TURNER,                )
    Plaintiffs,            ) No. 1:06-cv-00397 (PLF)
                               )
v.                             )
                               )
UNITED STATES,                 )
                               )
    Defendant.

## NOTICE OF APPEARANCE

Please enter the appearance of Beatriz T. Saiz as attorney for the defendant in the above-captioned proceeding.

DATED: May 17, 2006.

                                                      Respectfully submitted,

                                                      /s/ Beatriz T. Saiz
                                                      BEATRIZ T. SAIZ
                                                      Trial Attorney, Tax Division
                                                      U.S. Department of Justice
                                                      P.O. Box 227
                                                      Ben Franklin Station
                                                      Washington, DC 20044
                                                      Phone/Fax: (202) 307-6585/514-6866
                                                      Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on May 17, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Melville K. Turner
>Letitia Turner
>758 Kapahulu Avenue
>#238
>Honolulu, HI 96816


>　　　/s/ Beatriz T. Saiz
>　　　BEATRIZ T. SAIZ