IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVILLE K. TURNER,<br>LETITIA TURNER,<br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | )<br>)<br>) No. 1:06-cv-00397 (PLF)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on May 17, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Melville K. Turner
>Letitia Turner
>758 Kapahulu Avenue
>#238
>Honolulu, HI 96816

>    /s/ Beatriz T. Saiz
>    BEATRIZ T. SAIZ