UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MELVILLE K. TURNER, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-0397  (PLF) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

ORDER AND JUDGMENT

On May 17, 2006, defendant filed a motion to dismiss the complaint under Rules 12(b)(1), (2), (3), (5) and (6) of the Federal Rules of Civil Procedure. On May 22, 2006, the Court, as required by Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), directed plaintiff to respond to defendant's motion to dismiss by June 12, 2006. That deadline has passed and plaintiff has filed no response. The Court therefore will treat the motion to dismiss as conceded. Accordingly, it is hereby

ORDERED that defendant's motion to dismiss [5] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: June 27, 2006                    United States District Judge